UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAOXIONG LUO,<br>  Plaintiff,<br>v.<br>UNITED STATES,<br>  Defendant. | Case No. 15-cv-01897-DMR<br><br>**ORDER**<br>Re: Dkt. No. 2 |

Plaintiff Chaoxiong Luo has filed an application to proceed *in forma pauperis*. [Docket No. 2.] However, Plaintiff's application is incomplete, as it includes only the first page of the application. Plaintiff is ordered to file a complete application to proceed *in forma pauperis* by **May 22, 2015**. Failure to do so may result in the court's denial of Plaintiff's application.

**IT IS SO ORDERED.**

Dated: May 4, 2015

_____
Donna M. Ryu
United States Magistrate Judge