UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAOXIONG LUO,

          Plaintiff,

      v.

UNITED STATES,

          Defendant.

Case No.  15-cv-01897-DMR

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On May 20, 2015, this court denied Plaintiff's application to proceed *in forma pauperis* and required Plaintiff to pay a filing fee of $400 by June 12, 2015.  Docket No. 8.  The court noted that "[f]ailure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice."  *Id.*

To date, Plaintiff has not paid the filing fee.  Accordingly, the case is **dismissed without prejudice.**

**IT IS SO ORDERED.**

Dated: June 18, 2015

_____

Donna M. Ryu
United States Magistrate Judge