UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAOXIONG LUO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No. 15-cv-01897-DMR<br><br>**ORDER VACATING ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 10 |

On June 18, 2015, the court dismissed the case without prejudice for Plaintiff's failure to pay the filing fee. The dismissal was in error. Plaintiff has paid the filing fee. The case is therefore **reopened** and the order of dismissal is **vacated**.

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____

Donna M. Ryu
United States Magistrate Judge