UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAOXIONG LUO,

    Plaintiff,

  v.

UNITED STATES,

    Defendant.

Case No. 15-cv-01897-DMR   (SK)

**NOTICE REGARDING RESOURCES AVAILABLE TO PRO SE LITIGANTS**

The Court hereby advises Plaintiff that the district court has produced a guide for pro se litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (*http://cand.uscourts.gov/prosehandbook*) or in hard copy free of charge from the Clerk's Office. The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or sign up on the 15th Floor of the San Francisco Courthouse, Room 2796, or on the 4th Floor of the Oakland Courthouse, Room 470S, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: September 1, 2015

*Sallie Kim*
_____

SALLIE KIM
United States Magistrate Judge