UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAOXIONG LUO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　Defendant. | Case No. 15-cv-01897-DMR   (SK)<br><br>**NOTICE OF TELEPHONE CONFERENCE FOR SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Court will hold a telephone conference in preparation for the Settlement Conference on September 30, 2015 at 11:30 a.m.  Defense counsel shall set up the call and email the Court at skcrd@cand.uscourts.gov with the dial-in information by September 28, 2015.  If the parties are unable to participate in the telephonic scheduling conference on the date selected by the Court, the parties shall meet and confer and provide three mutually agreed upon dates and times at which they will be available.

**IT IS SO ORDERED.**

Dated: September 15, 2015

_____
SALLIE KIM
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAOXIONG LUO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No. 15-cv-01897-DMR   (SK)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 15, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chaoxiong Luo
300 Judson Ave.
San Francisco, CA 94112

Dated: September 15, 2015

                                                 Susan Y. Soong
                                                 Clerk, United States District Court

                                                 By:_____
                                                 Melinda K. Lozenski, Deputy Clerk to the
                                                 Honorable SALLIE KIM